Argued and submitted June 22, affirmed, remanded for resentencing July 18, reconsideration denied August 17, petition for review denied September 5, 1984 (297 Or 782)

## STATE OF OREGON,
*Respondent,*

*v.*

## JAMES EDWARD LOVIN,
*Appellant.*

(82-2235-C; CA A30570)

684 P2d 629

Helen I. Bloch, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant's conviction of attempted murder is affirmed. At sentencing, the trial court ordered defendant to pay restitution, investigative and attorney fees without determining defendant's ability to pay. The state confesses error. *See State v. Barnes,* 58 Or App 516, 648 P2d 1306 (1982).

Affirmed; remanded for resentencing.